UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ANDY CRACCHIOLO | § § § |
| VS. | § § CASE NO. 4:21-cv-03368 |
| PERRY MATLOCK a/k/a "PJ MATLOCK"; ATLAS TRADING GROUP, LLC; MNA CAPITAL, LLC; PM TRADING, LLC; HILLTOP ASSETS | § § § § § § |

## NOTICE OF VOLUNTARY DISMISSAL OF SUIT

Plaintiff, Andy Cracchiolo, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, provides notice of dismissal of his causes of action. As grounds in support Plaintiff shows the Court:

1) Pursuant to 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff may dismiss an action without a court order by filing a notice of dismissal before the opposing parties serve either an answer or a motion for summary judgment.

2) Defendants have not yet filed an answer or served a motion for summary judgment.

3) Accordingly, Plaintiff provides notice of the dismissal of his causes of action without prejudice.

THEREFORE, Plaintiff through their undersigned counsel, provide notice of the dismissal of this action without prejudice. Pursuant to Rule 41(a)(1)(A)(i), no further action or court order is necessary.

DATED: November 12, 2021

1

Respectfully submitted,

JIMMY ARDOIN & ASSOCIATES, PLLC
4900 Fournace Place, Suite 550
Bellaire, Texas 77401
P: (713) 547-8900

*/s/ James Ardoin*
JAMES ARDOIN
State Bar No. 24045420
S.D. TX No. 571281
Email: jimmy@jimmyardoinlaw.com

THE HITTNER GROUP, PLLC
P.O. Box 541189
Houston, Texas 77254
P: (713) 505-1003

*/s/ George Hittner*
GEORGE HITTNER
State Bar No. 24038959
S.D. TX No. 431901
Email: george.hittner@thehittnergroup.com

*Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

I certify that Intervenors Notice of Voluntary Dismissal of Suit was filed on May 24, 2021 with the CM/ECF system which caused service upon all parties.

*/s/ James Ardoin*
JAMES ARDOIN