United States District Court
Southern District of Texas
**ENTERED**
November 17, 2021
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ANDY CRACCHIOLO, | § |
| Plaintiff, | § § § |
| VS. | §  CIVIL ACTION NO. 4:21-CV-3368 |
| PERRY MATLOCK; aka PJ MATLOCK, *et al*, | § § § |
| Defendants. | § § § |

## ORDER OF DISMISSAL

In accordance with the Notice of Voluntary Dismissal of Suite filed on November 12, 2021 (Doc. No. 9), this case is **DISMISSED** without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

SIGNED at Houston, Texas, this ___17th___ day of November 2021.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE